# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KIMBERLY JOHNSON | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1732-S-BN |
| H&F MOTORS, INC. D/B/A DALLAS AUTOS DIRECT, HADI BAYANYEH, FADI ODEH, ALEX BENJAMIN, and CHUCK PATEL | § § § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 5. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 13, 2022.

**UNITED STATES DISTRICT JUDGE**